■ VICTOR N. FARLEY, as Public Administrator of the Estate of NORMA ROMAN, Deceased, and on Behalf of ISAMAR PEREZ

and Others, Infants, Respondent, v COUNTY OF ERIE et al., Appellants, et al., Defendants. [738 NYS2d 618] —Appeal from that part of an order of Supreme Court, Erie County (Gorski, J.), entered April 3, 2001, that ordered disclosure of certain documents to plaintiff.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gorski, J. Present—Pigott, Jr., P.J., Pine, Wisner, Burns and Lawton, JJ.